# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 440 MAL 2023

Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

v.

VICTOR SIMMONS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal and the Applications for Relief are **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.